IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LINDA L. WHITE, | Case No. 2:17-CV-1063 |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| v. | Magistrate Judge Vascura |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

This matter comes before the Court on the Magistrate Judge's October 25, 2018 **Report and Recommendation** (ECF No. 15) that recommended that the Plaintiff's Statement of Errors be overruled and that the Commissioner of Social Security's decision be affirmed.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 15 at 13). The parties have failed to file any objections, and the deadline for objections (November 8, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. This case is **DISMISSED**. The clerk is directed to enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

                                                  *s/ Algenon L. Marbley*
                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT JUDGE

**DATED: November 30, 2018**